

EXHIBIT
C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CORY WADE, ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | |
| v. ) | FILE No. 1:14-cv-02206-SCJ |
| ) | |
| ROWAN CABINET COMPANY, ) | |
| SCOTT ROWAN and ) | |
| CYNTHIA ROWAN, ) | |
| ) | |
| Defendants. ) | |

## ~~PROPOSED~~ ORDER

Plaintiff Cory Wade ("Plaintiff") and Defendants Rowan Cabinet Company, Scott Rowan, and Cynthia Rowan (collectively "Defendants") having reached a mutual Settlement Agreement ("the Agreement"), and having jointly requested that the Court review and approve the Agreement, and the Court having reviewed the Agreement, the Court hereby **GRANTS** the parties' Settlement Agreement and Full and Final Release of All Claims.

**SO ORDERED** this  9th  day of  October , 2015.

 s/Steve C. Jones 
Judge Steve C. Jones
United States District Court for the
Northern District of Georgia

Prepared by:

/s/ Joseph A. White
Joseph A. White
Georgia Bar No. 754315

FRIED & BONDER, LLC
White Provision, Suite 305
1170 Howell Mill Rd., N.W.
Atlanta, Georgia 30318
Phone: (404) 995-8808
Fax: (404) 995-8899
Email: jwhite@friedbonder.com

Attorney for Plaintiff